Exhibit A to the Complaint

**Location:** Elk Grove, CA  **IP Address:** 98.208.100.124
**Total Works Infringed:** 30  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 15B4D4AF83BFA9B878DC09AE42B59EACD98F520A | Blacked | 04/02/2018 01:08:50 | 03/31/2018 | 04/07/2018 | PA0002091516 |
| 2 | 0E12DA9091C2E77432B3A27279B0C576664CE999 | Blacked Raw | 01/03/2018 07:09:20 | 01/02/2018 | 01/18/2018 | 16215824133 |
| 3 | 12DDC48A4BD2021E2503F432B6C3226A78C13AD9 | Blacked Raw | 12/27/2017 08:46:02 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 4 | 142D803F6D0A049D8976F7C3D6E808E1F7658942 | Blacked Raw | 12/27/2017 08:47:30 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 5 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 01/08/2018 18:33:43 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 6 | 1622395FAB45AD3232279ED2EB045E13AC88C8F7 | Blacked | 11/14/2017 07:19:18 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 7 | 22090FF3F5A86A9D9C1037E959193A0D2E8DF88C | Blacked Raw | 01/29/2018 03:12:17 | 01/27/2018 | 02/07/2018 | 16338676942 |
| 8 | 3D975982F1D32ABB38E851EAA39614D3ADCD8FB2 | Blacked | 12/04/2017 08:29:13 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 9 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 12/31/2017 23:58:49 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 10 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 11/09/2017 08:02:52 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 11 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 11/09/2017 08:09:34 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 12 | 617590A4A03E0F5156896C6DD1F006775B6CA43C | Blacked Raw | 12/31/2017 02:03:15 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 13 | 64B7A1F1B3732D5683AA4FFCC5B65BC46CBDE5F3 | Blacked Raw | 04/03/2018 07:37:13 | 04/02/2018 | 04/07/2018 | 16490950654 |
| 14 | 6D569BF3342AE682C0689765BFF4D2B7AE182895 | Blacked | 01/08/2018 17:45:28 | 01/05/2018 | 01/18/2018 | 16199943644 |
| 15 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Raw | 11/12/2017 09:18:03 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 16 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/13/2017 09:39:44 | 12/06/2017 | 12/17/2017 | 16159688299 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 805A5FDC5163BAD38E15AAB622AE1CCB55FBC5C3 | Blacked Raw | 11/29/2017 21:21:37 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 18 | 94A81A56891381F734319A2788FD748F0BBCE7A9 | Blacked | 11/14/2017 07:43:54 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 19 | 9BD3E9D5EF5BE4376202EA6EA79FE666343CB57E | Blacked Raw | 12/27/2017 08:48:18 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 20 | 9C2CFD7BADF178E280F2E20C8343F79DF229956C | Blacked | 12/31/2017 02:09:18 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 21 | 9D2247F53E427F6FB0718CC2346CBBA4008C13EA | Blacked Raw | 12/04/2017 08:54:51 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 22 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | Blacked Raw | 02/06/2018 09:06:42 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 23 | ABECAF7E8C876557EE563405A3740B385FF59DC9 | Blacked | 11/14/2017 07:08:55 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 24 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | Blacked Raw | 02/16/2018 09:35:52 | 02/11/2018 | 02/17/2018 | 16331855536 |
| 25 | BE8008843ED020768FA42F16F33458E623A3DF2C | Blacked | 11/14/2017 07:44:19 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 26 | CE6656A7C36384264CCC7DBE7DF2D42A9A040C19 | Blacked Raw | 01/14/2018 09:01:13 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 27 | D0EEAC4F4929D503CEFAF291FD54DB4E584FA615 | Blacked | 01/12/2018 08:33:01 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 28 | D3067E5DE0A31A9EDA6D2B951D124E28EC062477 | Blacked | 03/27/2018 08:36:52 | 03/26/2018 | 04/07/2018 | PA0002091525 |
| 29 | D62650B301D2A81356613A6E0325CE34B399EDCF | Blacked | 11/17/2017 08:02:03 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 30 | E48665E26ACE2AC908A80B030E5B02682277F35C | Blacked Raw | 01/08/2018 19:11:10 | 01/07/2018 | 01/18/2018 | 16215824015 |